

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00490-CV

**IN THE INTEREST OF U.D.R.** and J.T.F., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00460
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no appellate costs be assessed against appellant Mother because she is indigent.

SIGNED November 16, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice